| | |
|---|---|
| **STATE OF NORTH CAROLINA** | File No. **20CV 03743** |
| BUNCOMBE County | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

**Name And Address Of Plaintiff 1**
LAKITA SIMMONS
14 S PACK SQ. SUITE 502
ASHEVILLE, NC 28801

**Name And Address Of Plaintiff 2**

# GENERAL CIVIL ACTION COVER SHEET

☐ INITIAL FILING  ☐ SUBSEQUENT FILING

Rule 5(b) of the General Rules of Practice for the Superior and District Courts

**VERSUS**

**Name And Address Of Defendant 1**
ACCORDIUS HEALTH, LLC
91 VICTORIA ROAD
ASHEVILLE, NC 28801

**Name And Address Of Attorney Or Party, If Not Represented**
(complete for initial appearance or change of address)
DANIELS LAW FIRM
14 S PACK SQ. SUITE 502
ASHEVILLE, NC 28801

**Telephone No.** 828-258-7022  **Cellular Telephone No.**

**Summons Submitted**  ☒ Yes  ☐ No

**NC Attorney Bar No.** 27219  **Attorney Email Address** WALTER@DANIELSLAWFIRM.NET

**Name And Address Of Defendant 2**

☐ Initial Appearance in Case  ☐ Change of Address

**Name Of Firm** DANIELS LAW FIRM  **Fax No.** 828-277-2412

**Counsel For**  ☒ All Plaintiffs  ☐ All Defendants  ☐ Only: (list party(ies) represented)

**Summons Submitted**  ☐ Yes  ☐ No

☐ Jury Demanded In Pleading  ☐ Complex Litigation  ☐ Stipulate to Arbitration

## TYPE OF PLEADING

(check all that apply)
- ☐ Amend (AMND)
- ☐ Amended Answer/Reply (AMND-Response)
- ☐ Amended Complaint (AMND)
- ☐ Assess Costs (COST)
- ☐ Answer/Reply (ANSW-Response) (see Note)
- ☐ Change Venue (CHVN)
- ☒ Complaint (COMP)
- ☐ Confession Of Judgment (CNFJ)
- ☐ Consent Order (CONS)
- ☐ Consolidate (CNSL)
- ☐ Contempt (CNTP)
- ☐ Continue (CNTN)
- ☐ Compel (CMPL)
- ☐ Counterclaim (CTCL) Assess Court Costs
- ☐ Crossclaim (list on back) (CRSS) Assess Court Costs
- ☐ Dismiss (DISM) Assess Court Costs
- ☐ Exempt/Waive Mediation (EXMD)
- ☐ Extend Statute Of Limitations, Rule 9 (ESOL)
- ☐ Extend Time For Complaint (EXCO)
- ☐ Failure To Join Necessary Party (FJNP)

- ☐ Failure To State A Claim (FASC)
- ☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
- ☐ Improper Venue/Division (IMVN)
- ☐ Including Attorney's Fees (ATTY)
- ☐ Intervene (INTR)
- ☐ Interplead (OTHR)
- ☐ Lack Of Jurisdiction (Person) (LJPN)
- ☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
- ☐ Modification Of Child Support In IV-D Actions (MSUP)
- ☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
- ☐ Petition To Sue As Indigent (OTHR)
- ☐ Rule 12 Motion In Lieu Of Answer (MDLA)
- ☐ Sanctions (SANC)
- ☐ Set Aside (OTHR)
- ☐ Show Cause (SHOW)
- ☐ Transfer (TRFR)
- ☐ Third Party Complaint (list Third Party Defendants on back) (TPCL)
- ☐ Vacate/Modify Judgment (VCMD)
- ☐ Withdraw As Counsel (WDCN)
- ☒ Other (specify and list each separately)
  Retaliatory Employment Discrimination Act

**NOTE:** All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must include either a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.

(Over)

AOC-CV-751, Rev. 3/19, © 2019 Administrative Office of the Courts

| | CLAIMS FOR RELIEF | |
|---|---|---|
| ☐ Administrative Appeal (ADMA) | ☐ Limited Driving Privilege - Out-Of-State Convictions (PLDP) | ☐ Product Liability (PROD) |
| ☐ Appointment Of Receiver (APRC) | | ☐ Real Property (RLPR) |
| ☐ Attachment/Garnishment (ATTC) | ☐ Medical Malpractice (MDML) | ☐ Specific Performance (SPPR) |
| ☐ Claim And Delivery (CLMD) | ☐ Minor Settlement (MSTL) | ☐ Other *(specify and list each separately)* |
| ☐ Collection On Account (ACCT) | ☐ Money Owed (MNYO) | |
| ☐ Condemnation (CNDM) | ☐ Negligence - Motor Vehicle (MVNG) | |
| ☐ Contract (CNTR) | ☐ Negligence - Other (NEGO) | |
| ☐ Discovery Scheduling Order (DSCH) | ☐ Motor Vehicle Lien G.S. Chapter 44A (MVLN) | |
| ☐ Injunction (INJU) | ☐ Possession Of Personal Property (POPP) | |

Date: 10-21-20

Signature Of Attorney/Party: *Webb E. [signature]*

**FEES IN G.S. 7A-308 APPLY**
Assert Right Of Access (ARAS)
Substitution Of Trustee (Judicial Foreclosure) (RSOT)
Supplemental Procedures (SUPR)

**PRO HAC VICE FEES APPLY**
Motion For Out-Of-State Attorney To Appear In NC Courts In A Civil Or Criminal Matter (Out-Of-State Attorney/Pro Hac Vice Fee)

| No. | ☐ Additional Plaintiff(s) |
|---|---|
| | |
| | |
| | |
| | |
| | |

| No. | ☐ Additional Defendant(s) | ☐ Third Party Defendant(s) | Summons Submitted |
|---|---|---|---|
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |
| | | | ☐ Yes ☐ No |

*Plaintiff(s) Against Whom Counterclaim Asserted*

*Defendant(s) Against Whom Crossclaim Asserted*

AOC-CV-751, Side Two, Rev. 3/19
© 2019 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | | File No. 20CV 03743 | |
|---|---|---|---|
| BUNCOMBE County | | In The General Court Of Justice ☐ District ☒ Superior Court Division | |

| Name Of Plaintiff |
|---|
| LAKITA SIMMONS |
| Address |
| 14 S PACK SQ. SUITE 502 |
| City, State, Zip |
| ASHEVILLE, NC 28801 |

**CIVIL SUMMONS**
☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)

G.S. 1A-1, Rules 3 and 4

**VERSUS**

| Name Of Defendant(s) |
|---|
| ACCORDIUS HEALTH, LLC |
| 91 VICTORIA ROAD |
| ASHEVILLE, NC 28801 |

Date Original Summons Issued
10/21/2020

Date(s) Subsequent Summons(es) Issued

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| | |

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time |
|---|---|---|
| WALTER DANIELS | 10/21/2020 | 4:35 ☐ AM ☒ PM |
| 14 S PACK SQ SUITE 502 | Signature | |
| ASHEVILLE, NC 28801 | | |
| | ☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time |
|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | ☐ AM ☐ PM |
| | Signature | |
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served  ☐ AM  ☐ PM | Name Of Defendant |
|---|---|---|
|  |  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served  ☐ AM  ☐ PM | Name Of Defendant |
|---|---|---|
|  |  |  |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE |
| --- | --- |
| COUNY OF BUNCOMBE | SUPERIOR COURT DIVISION |
| | FILE No: 20CV 03743 |

LAKITA SIMMONS,

    Plaintiff,

vs.

ACCORDIUS HEALTH, LLC,

    Defendant.

**COMPLAINT**
**(JURY TRIAL DEMANDED)**

Plaintiff, complaining of Defendants, alleges:

### PARTIES

1. Plaintiff is a citizen and resident of Buncombe County, North Carolina.

2. Defendants Accordius Health, LLC is located in Buncombe County, North Carolina.

### FACTS

3. Plaintiff Lakita Simmons was hired by Defendants Accordius Health LLC on or about August 1, 2016. Accordius Health LLC is a Rehabilitation and Nursing Home, and Plaintiff Lakita Simmons was hired as a CNA.

4. On November 25, 2018 Plaintiff Lakita Simmons injured her lower back while at work. Plaintiff was helping a patient get off of the floor when she injured her back.

5. There was one witness to the injury, a temporary nurse, whom Plaintiff Lakita Simmons did not know the name of.

6. Plaintiff told her supervisor for that shift, Stephanie Christ, about the injury.

7. On November 26, 2018 at 9:00 am, Plaintiff Lakita Simmons went to a doctor chosen by Defendants. Plaintiff Lakita Simmons' treatment was initially paid for by Defendants. The medical facility she was initially seen at for her back pain was FastMed Urgent Care.

8. Plaintiff was restricted to sedentary duty at work, and was referred to orthopedic care.

9. Plaintiff Lakita Simmons notifed Defendants Accordius Health, LLC to file a worker's compensation claim.

10. As a result of this injury, Plaintiff Lakita Simmons was out of work from 11/26/2018 to 03/23/2019.

11. Michael Goebel, a doctor at EmergeOrtho, provided a doctor's note authorizing Plaintiff Lakita Simmons to stay out of work. Plaintiff provided all of the doctor's notes that she received to her supervisor.

12. Plaintiff's doctor provided her a note releasing her to return to work on light duty on 03/23/2019. The restrictions of the return stated no lifting over 20lbs.

13. Defendants Accordius Health, LLC did not provide Plaintiff Lakita Simmons with light duty work that met the restrictions listed in the doctor's note.

14. The work Defendants provided included constant lifting of heavy objects and pushing heavy carts in the kitchen. Plaintiff Lakita Simmons did the work requested by Defendant for some time.

15. On 07/08/2019, Plaintiff Lakita Simmons was terminated from Accordius Health as she had been deemed as failing her trial return due to duties that exceeded her restrictions. Plaintiff was notified via text message that she had been terminated.

## FIRST CAUSE OF ACTION
**Violation of Retaliatory Employment Discrimination Act ( Sec. 95-243)**

16. Plaintiff re-alleges and incorporates by reference the foregoing paragraphs, as if fully set forth herein.

17. The employment between Plaintiff and Defendant was terminated due to Plaintiff not performing job duties which were prohibited on light duty restrictions provided by the physician.

18. The Plaintiff was recovering from a work place injury, and was terminated in retaliation for filing a worker's compensation claim in violation of N.C. Gen. Stat. 95-241, *et seq*.

19. The actions of the Defendant in terminating the Plaintiff were willful.

20. Plaintiff has been damaged as a result of Defendants' actions in an amount to be determined at trial greater than Twenty-Five Thousand ($25,000.00) Dollars.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Lakita Simmons request that the Court enter a judgment in her favor and award the following:

1. Damages in an amount in excess of $25,000.00 to be proved at trial;
2. Costs and fees, including reasonable attorney's fees of this action pursuant to N.C.G.S. 95-243;
3. That the award be trebled due to the Defendant's willful violation of N.C.G.S. 95-241; and
4. Any and all other relief as this Court deems just and proper.

This 21st day of October, 2020.

DANIELS LAW FIRM, P.C.

By: _____
Walter E. Daniels III
NC Bar No. 27219
14 S Pack Square, Suite 502
Asheville, NC 28801
Phone: (828)258-7022
walter@danielslawfirm.net