**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:20-CV-337-MOC-DCK**

| | |
|---|---|
| **LAKITA SIMMONS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| **ACCORDIUS HEALTH, LLC,** | ) |
| | ) |
| **Defendant**. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Stephen B. Williamson, concerning Cynthia L. Effinger, on December 21, 2020. Cynthia L. Effinger seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Cynthia L. Effinger is hereby admitted *pro hac vice* to represent Defendant.

Signed: December 22, 2020

David C. Keesler
United States Magistrate Judge