# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:20-CV-337-MOC-DCK

| | |
|---|---|
| LAKITA SIMMONS,<br><br>      **Plaintiff,**<br><br>v.<br><br><br>ACCORDIUS HEALTH, LLC,<br><br>      **Defendant.** | **ORDER** |

      **THIS MATTER** comes before the Court on Plaintiff's Motion for an Extension of Time to file a response to Defendant's Motion to Dismiss. Having considered the Motion, the Court has determined that good cause exists for the relief requested and that the Motion should be granted.

      **IT IS THEREFORE ORDERED** that Plaintiff's Motion for Extension of Time, (Doc. No. 8), is **GRANTED**. Plaintiff shall have until January 17, 2021, to file a response.

Signed: January 14, 2021

Max O. Cogburn Jr.
United States District Judge