UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
Case No. 1:20-CV-337-MOC-DCK

| | |
|---|---|
| LAKITA SIMMONS<br><br>        Plaintiff,<br><br>v.<br><br>ACCORDIUS HEALTH, LLC,<br><br>        Defendant. | STIPULATION OF DISMISSAL |

      **COMES NOW** Plaintiff LAKITA SIMMONS and Defendant ACCORDIUS HEALTH, LLC (collectively the "Parties"), by and through undersigned counsel, and submit this stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. All claims pending in this matter are hereby dismissed WITH PREJUDICE.

    Respectfully submitted this the 6th Day of April, 2022.

/s/ Walter E. Daniels III
Walter E. Daniels III
NC Bar No.: 27219
Daniels Law Firm, P.C.
14 South Pack Square, Suite 502
Asheville, NC 28801
P: (828) 258-7022
F: (888) 277-2412
*Attorney for Plaintiff*

/s/ Cynthia L. Effinger
Cynthia L. Effinger,
KY Bar #87298
McBRAYER PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Response in Opposition to Motion to Dismiss with the Clerk of the Court using the CM/ECF system, and through which the following parties were served:

Claire Vujanovic, NC Bar #3062
Cynthia L. Effinger, KY Bar #87298
McBRAYER PLLC
500 West Jefferson Street, Suite 2400
Louisville, Kentucky 40202
cvujanovic@mcbrayerfirm.com
ceffinger@mcbrayerfirm.com

Stephen B. Williamson
NC Bar #20203
Van Winkle, Buck, Wall, Starnes and Davis
11 N. Market St.
Asheville, NC 28801
swilliamson@vwlawfirm.com

This the 6th day of April, 2022.

/s/ Walter E. Daniels III
Walter E. Daniels III, Esq.
*Attorney for Plaintiff*